AMTRUST-NP SFR VENTURE, LLC, Respondent, v JAMES VAZQUEZ, Also Known as JAMES VASQUEZ, Appellant, et al., Defendants.

Submitted October 24, 2016; decided December 22, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.